AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 24, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| Caryl Danita Carby | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:26-cv-00162-TOR |
| United States Parcel Service, Kristi Noem, George Walker Bush, Jr | ) |
| _Defendant_ | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑  other:   Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Thomas O. Rice

Date:  April 24, 2026                          _CLERK OF COURT_

                                                           s/Sean F. McAvoy
                                                          _Signature of Clerk_